

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OMAHA IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br>MAYO ANICASIO, FLORIBERTHA<br>To:<br>Weinstein, Guy Kriss<br>713 S. 16th Street<br>Omaha, NE 68102 | A-Number:<br>240-103-041<br>Riders:<br>In Custody Redetermination Proceedings<br><br>Date:<br>07/10/2025 |

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☒ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☒ released from custody under bond of $ 15,000.00
    ☐ other:

☐ Other:

Exhibit 1

*[signature]*

Immigration Judge: Larsen, Alexandra 07/10/2025

Appeal: Department of Homeland Security: ☐ waived ☒ reserved
Respondent: ☒ waived ☐ reserved
Appeal Due: 08/11/2025

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : MAYO ANICASIO, FLORIBERTHA | A-Number : 240-103-041
Riders:
Date: 07/10/2025 By: Hetfield, Natalia, Court Staff

Exhibit 1