AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | | |
|---|---|---|
| Maria Reynosa Jacinto, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cv-3158 |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jerome Kramer                                       .

Date:   08/04/2025

/s/ Ryan M. Kunhart
*Attorney's signature*

Ryan M. Kunhart, #24692
*Printed name and bar number*
Dvorak Law Group, LLC
9500 W. Dodge Rd., Ste. 100
Omaha, NE  68114

*Address*

rkunhart@ddlawgroup.com
*E-mail address*

(402) 934-4770
*Telephone number*

(402) 933-9630
*FAX number*