IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FLORIBERTHA MAYO ANICASIO,<br><br>Petitioner,<br><br>v.<br><br>JEROME KRAMER, Lincoln County Sheriff; PETER BERG, Director, United States Immigration and Customs Enforcement St. Paul Field Office; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; MARCO RUBIO, United States Secretary of State; DONALD J. TRUMP, President of the United States, in their official capacities<br><br>Respondents. | Case No. 4:25-cv-03158<br><br><br>**RESPONDENT JEROME KRAMER'S RESPONSE TO ORDER TO SHOW CAUSE** |

Respondent Jerome Kramer ("Kramer"), by and through his attorneys of record, for his return on the Order to Show Cause pursuant to the Court's July 28, 2025, Order (Doc. No. 14), states as follows.

Kramer is the Lincoln County, Nebraska Sheriff. From reading the Petition for Writ of Habeas Corpus ("Petition") (Doc. No. 1), it is Kramer's understanding that he is only made a party to this action pursuant to 28 U.S.C. § 2242 because Floribertha Mayo Anicasio ("Petitioner") is currently in the physical custody of the Lincoln County Detention Center in North Platte, Nebraska. (Doc. No. 1, ¶ 7). Accordingly, Kramer does not take a position on the substantive issues raised in the Petition, nor does Kramer take a position on whether Petitioner's writ should or should not be granted.

Dated this 7th day of August, 2025.

        JEROME KRAMER, Respondent,

        By: /s/ *Ryan M. Kunhart*
            Ryan M. Kunhart, #24692
            Claire E. Monroe, #26835
            Dvorak Law Group, LLC
            9500 W. Dodge Rd., Ste. 100
            Omaha, NE  68114
            402-934-4770
            402-933-9630 (facsimile)
            rkunhart@ddlawgroup.com
            cmonroe@ddlawgroup.com

        Attorneys for Respondent Jerome Kramer.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on this 7th day of August, 2025, the foregoing document was electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of said filing to the following:

Alexander Arkfeld
Daniel J. Gutman
Sydney L. Hayes
Kaitlin A. Madsen
alex@glg.law
daniel@gutmanllc.com
sydney@gutmanllc.com
kait@gutmanllc.com

        /s/ *Ryan M. Kunhart*
        Ryan M. Kunhart