IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FLORIBERTHA MAYO ANICASIO,

        Petitioner,

    v.

JEROME KRAMER, et al.,

        Respondents.

4:25-CV-3158

ORDER FOR TEMPORARY
TRANSFER OF CUSTODY

This matter is before the Court on the Motion Seeking Temporary Transfer of Custody.

IT IS ORDERED:

The United States' Motion Seeking Temporary Transfer of Custody of FLORIBERTHA MAYO ANICASIO on August 14, 2025, is granted. (Filing No. 31).

DATED this 12th day of August 2025.

BY THE COURT:

RYAN C. CARSON
United States Magistrate Judge