IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FLORIBERTHA MAYO ANICASIO,<br><br>              Petitioner,<br><br>vs.<br><br>JEROME KRAMER, Lincoln County Sheriff, in his official capacity; PETER BERG, Director, United States Immigration and Customs Enforcement St. Paul Field Office, in his official capacity; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement, in his official capacity; KRISTI NOEM, Secretary, United States Department of Homeland Security, in her official capacity; PAMELA BONDI, Attorney General of the United States, in her official capacity; MARCO RUBIO, United States Secretary of State, in his official capacity; and DONALD J. TRUMP, President of the United States, in his official capacity;<br><br>              Respondents. | 4:25CV3158<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered on today's date, judgment is hereby entered in favor of the Petitioner.

Dated this 14th day of August, 2025.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge